MEMORANDUM OPINION

No. 04-06-00117-CV

The STATE of Texas,

Appellant

v.

Shari Marie KILLEBREW,

Appellee

From County Court at Law #2 , Bexar County, Texas

Trial Court No. 688216

Honorable H. Paul Canales , Judge Presiding


PER CURIAM

Sitting: Alma L. López , Chief Justice

 Catherine Stone , Justice

 Rebecca Simmons , Justice

Delivered and Filed: May 17, 2006

DISMISSED

 The State of Texas, appellant in this matter, has filed a motion to dismiss this appeal. The motion is granted and this
appeal is dismissed. See Tex. R. App. P. 42.2(a). Additionally, the State's motion for expedited mandate is GRANTED. 
See Tex. R. App. P. 18.1(c). The clerk of this court is ordered to issue the court's mandate in this appeal simultaneously
with this order. 

PER CURIAM